IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL TOLBERT**,

    **Plaintiff,**

v.

**THOMAS D. THROOP, et al.,**

    **Defendants.**                                   Case No. 04-cv-473-DRH

### ORDER

**HERNDON, Chief Judge:**

        Before the Court is Plaintiff's Motion for Extension of Time and to Provide Copies of All Filings (Doc. 37). Plaintiff seeks an extension of time to file objections to the Report and Recommendations ("R&R"), issued on September 10, 2007 (Doc. 35), asserting that he did not receive his service copy from the Court until September 19, 2007. He also explains that because he was recently taken back into custody, he is without any of the pleadings in the instant matter and seeks copies of all filings in this case in order to properly prepare his objections.

        For good cause, Plaintiff's Motion is **GRANTED IN PART**. Plaintiff may have not have copies of *all* filings – he is only allowed copies of the filings deemed relevant and necessary by the Court to prepare his response. The Clerk is hereby **DIRECTED** to provide Plaintiff (via mail) a copy of each of the following items in this case (including attachments/exhibits thereto):

- a printout of the entire docket sheet

- Doc. 1 - Complaint

- Doc. 9 - Referral Order

- Doc. 14 - Answer

- Doc. 22 - Motion for Summary Judgment

- Doc. 23 - Memorandum in Support of Motion for Summary Judgment

- Doc. 31 - Response to Motion for Summary Judgment

- Doc. 35 - R&R

Additionally, Plaintiff is hereby **GRANTED** an extension of time: his objections to the R&R (Doc. 35) shall be filed by November 2, 2007.

**IT IS SO ORDERED.**

Signed this 2nd day of October, 2007.

/s/      DavidRHerndon  
**Chief Judge**  
**United States District Court**