### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL TOLBERT,

      Plaintiff,

      -vs-                    No.  04-CV-473 DRH

THOMAS D. THROOP,
RICK SUTTON and
JOHN EVANS,

      Defendants.

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came before the Court on a Report and

Recommendation by United States Magistrate Judge Phillip J. Frazier.

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety.

The defendants' motion for summary judgment is **GRANTED.**  Judgment is entered in favor of

Defendants **THOMAS D. THROOP** and **RICH SUTTON** and against Plaintiff **MICHAEL**

**TOLBERT.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the case against Defendant

**JOHN EVANS** is **DISMISSED** with prejudice.

                                        **NORBERT G. JAWORSKI, CLERK**

 November 20, 2007.                   BY: s/Patricia Brown
                                   Deputy Clerk

APPROVED:  /s/     DavidRHerndon
                **CHIEF JUDGE**
                **U.S. DISTRICT COURT**